## Philadelphia Mortgage & Trust Co. et al. v. Sloane.

APPEAL from Montgomery Chancery Court.
Heard before the Hon. W. L. PARKS.

JOHN G. WINTER and GRAHAM & STEINER, for appellants.

DANIEL W. TROY, for appellee.

The bill in this case was filed by the appellee against the appellants, to enforce a lien. The respondents demurred to the bill, and upon the submission of the cause upon the demurrers, a decree was rendered overruling them. From this decree the present appeal is prosecuted, and the rendition thereof is assigned as error.

Appeal dismissed by appellant.

## Montgomery Street Railway Co. v. Searcy.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellant.

HILL & HILL and JOHN W. A. SANFORD, JR., for appellee.

The appeal in this case was dismissed by the appellant.